# Exhibit A

Case 3:21-cv-01745-W-RBB   Document 1-1   Filed 10/07/21   PageID.4   Page 2 of 8

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
08/20/2021 at 03:37:24 PM
Clerk of the Superior Court
By Marc David,Deputy Clerk

Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 619-222-7429
F: 866-219-8344

*Attorneys for Plaintiff*

# SUPERIOR COURT FOR THE STATE OF CALIFORNIA

# COUNTY OF SAN DIEGO

| | |
|---|---|
| ASHLEY MELCHOR,<br><br>        Plaintiff,<br><br>vs.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>        Defendant. | CASE NO.: 37-2021-00035829-CL-MC-CTL<br><br>COMPLAINT FOR DAMAGES FOR VIOLATIONS OF:<br><br>THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, CAL. CIV. CODE 1788 ET. SEQ.<br><br>THE FAIR DEBT COLLECTION PRACTICES ACT,<br>15 U.S.C. 1692 ET SEQ.<br><br>JURY TRIAL DEMANDED |

1

Complaint for Damages

## INTRODUCTION

1. Ashley Melchor ("Plaintiff") brings this action for damages and any other available legal or equitable remedies, resulting from the illegal actions of NCB Management Services, Inc. ("Defendant") and its present, former, or future direct and indirect parent companies, subsidiaries, affiliates, agents, and related entities, in negligently, and/or willfully violating federal and state laws.

2. Plaintiff alleges as follows upon personal knowledge and experiences, and, as to all other matters, upon information and belief, including investigation conducted by Plaintiff's attorneys.

## JURISDICTION AND VENUE

3. Jurisdiction of this Court arises pursuant to general state jurisdiction.

4. This action arises out of Defendant's violations of the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788, et seq, and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, et seq.

5. Defendant is authorized to and regularly conducts business in the State of Califronia, and thus, personal jurisdiction is established.

6. Venue is proper under state law Code of Civil Procedure § 395 because the injury to Plaintiff occurred in the County of San Diego, State of California. Furthermore, Defendant is subject to liabilities in the County of San Diego, State of California, where it communicated with Plaintiff after Plaintiff notified Defendant in writing that Plaintiff wished Defendant to cease further communication.

## PARTIES & DEFINITIONS

7. Plaintiff is a "person" as defined by Cal. Civ Code § 1788.2(g).  Claimant is also a "consumer" as defined by 15 U.S.C. § 1692a(3) and a "debtor" under Cal. Civ Code § 1788.2(h).

///
///

2

Complaint for Damages

8. Defendant is also a "person" under Cal. Civ. Code § 1788.2(g). It operates as a collection company and is a "debt collector" as defined by Cal. Civ. Code § 1788.2(c) and 15 U.S.C. §1692a(6).

## FACTUAL ALLEGATIONS

9. Prior to filing this action, Plaintiff incurred an unpaid financial obligation for a personal "debt" as defined by 15 U.S.C. § 1692a(5) to Bank Of America.

10. Bank Of America later employed, assigned or transferred the debt to Defendant.

11. Defendant then began emailing Plaintiff attempting to collect on the debt.

12. The emails were so frequent they began to overwhelm Plaintiff's inbox.

13. On March 26, 2021, Plaintiff replied to one of Respondent's emails saying "Please cease further communication with me." Yet Defendant continued harassing Plaintiff.

14. On March 30, 2021, Defendant sent Plaintiff an email stating; "This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose."

15. On April 1, 2021, Defendant sent Plaintiff another collection email again stating; "This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose."

16. As a direct and proximate result of Defendant's unfair, unlawful, oppressive, and abusive collection practices, Plaintiff has suffered a degree of mental anguish by way of shame, anxiety, fear and feelings of despair from Defendant's unlawful collection efforts.

## FIRST CAUSE OF ACTION
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692, ET SEQ.

17. Plaintiff incorporates by reference the above paragraphs of this complaint.

///

///

3

Complaint for Damages

18. Defendant communicated with Claimant after Claimant notified Respondent in writing that Plaintiff wished Defendant to cease further communication, in violation of 15 U.S.C. § 1692c.

19. Defendant engaged in behavior the natural consequences of which was to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt in violation of 15 U.S.C. § 1692d.

20. Defendant used unfair and unconscionable means to collect a debt in violation of 15 U.S.C. § 1692f.

21. The foregoing acts and omissions of Defendant constitute numerous and multiple violations of the FDCPA, including every one of the above-cited provisions.

22. Plaintiff is entitled to damages as a result of Defendant's violations.

23. Claimant is also entitled to an award of attorney fees and costs.

## SECOND CAUSE OF ACTION

## VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT CAL. CIV. CODE § 1788, ET SEQ.

24. Plaintiff incorporates by reference the above paragraphs of this complaint.

25. Defendant attempted to collect a debt and, as such, engaged in "debt collection" under Cal. Civ Code § 1788.2(b).

26. Defendant, in the regular course of business, engages in debt collection and is a "debt collector" as defined by Cal. Civ. Code § 1788.2(c).

27. Defendant failed to comply with provisions of 15 U.S.C. § 1692 *et seq* in violation of Cal. Civ. Code § 1788.17.

28. Plaintiff is entitled to damages as a result of Respondent's violations.

29. Plaintiff is also entitled to an award of attorney fees and costs.

///

///

///

## PRAYER FOR RELIEF

Wherefore, Claimant respectfully requests the following relief against Respondent:

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692, ET SEQ.

30. As a result of Defendant's violations of 15 U.S.C. § 1692 *et seq*, Plaintiff seeks any actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

31. Statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

32. Cost of litigation and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3);

33. Any other relief the Court may deem just and proper including interest and punitive damages.

### VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT
### CAL. CIV. CODE § 1788, ET SEQ.

34. As a result of Respondent's violations of Cal. Civ. Code § 1788 et seq, Plaintiff seeks any actual damages pursuant to Cal. Civ. Code § 1788.30(a);

35. Cumulative statutory damages of $1,000 for knowingly and willfully committing violations pursuant to Cal. Civ. Code § 1788.30(b).

36. Cost of litigation and reasonable attorney fees pursuant to Cal. Civ. Code § 1788.30(c);

37. Any other relief the Court may deem just and proper including interest and punitive damages.

///
///
///
///
///
///

5
Complaint for Damages

**DEMAND FOR TRIAL BY JURY**

Plaintiff is entitled to and demands, a trial by jury.

Date:  August 20, 2021

SWIGART LAW GROUP, APC

By: *s/ Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
Attorney for Claimant

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| FOR COURT USE ONLY |
|---|
| (SOLO PARA USO DE LA CORTE) |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

NCB Management Services, Inc.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Ashley Melchor

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: | CASE NUMBER: *(Número del Caso):*
*(El nombre y dirección de la corte es):* Superior Court Central Division, 330 W. Broadway
San Diego, CA 92101

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Joshua B. Swigart, Esq., 2221 Camino del Rio South, Ste 308, San Diego, CA 92108; (866) 219-3343

DATE: | Clerk, by | , Deputy
*(Fecha)* | *(Secretario)* | *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citación use el formulario* Proof of Service of Summons, *(POS-010)*.)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

privacy, please press the Clear This Form button after y[ou] | Print this form | Save this form | Clear this form